Kevin R. Sutherland (State Bar No.: 163746)
Michael A. Hession (State Bar No.: 219103)
Nicholas S. Lieberknecht (State Bar No.: 252540)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: kevin.sutherland@clydeco.us

Attorneys for Defendant
CHINA EASTERN AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), Inc., d.b.a. DHL GLOBAL FORWARDING, a corporation; CHINA EASTERN AIRLINES, a foreign corporation d.b.a. CHINA CARGO AIRLINES; and DOES ONE through TEN;<br><br>Defendants. | Case No: 3:09-cv-00102-EDL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CHINA EASTERN AIRLINES TO RESPOND TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMANT'S CROSS-CLAIM** |
| DHL EXPRESS, INC., dba DHL GLOBAL FORWARDING,<br><br>Cross-Claimant,<br><br>vs.<br><br>CHINA EASTERN AIRLINES, a foreign corporation, d.b.a. CHINA CARGO AIRLINES; and DOES ONE THROUGH TEN,<br><br>Defendants. | |

1      WHEREAS, plaintiff National Liability & Fire Insurance Company ("National
2  Liability"), filed in the Superior Court of the State of California in the County of
3  Alameda a complaint on December 10, 2008, naming DHL EXPRESS (USA), Inc., d.b.a.
4  DHL GLOBAL FORWARDING, a corporation ("DHL Express"); CHINA EASTERN
5  AIRLINES, a foreign corporation d.b.a. CHINA CARGO AIRLINES ("China Eastern");
6  and DOES ONE through TEN as a defendants;

7      WHEREAS, defendant DHL Express filed a notice of removal of the action on
8  January 9, 2009 to United States District Court, Northern District of California;

9      WHEREAS, defendant DHL Express, filed an answer to plaintiff National
10  Liability's complaint and a cross-claim against CHINA EASTERN AIRLINES, a foreign
11  corporation, d.b.a. CHINA CARGO AIRLINES; and DOES ONE THROUGH TEN on
12  January 9, 2009;

13      WHEREAS, National Liability, DHL Express, and China Eastern filed a
14  stipulation that China Eastern Airlines and China Cargo Airlines shall have up to, and
15  including, February 23, 2009, within which to serve and file its response to the complaint
16  and cross-claim without prejudice to any of their defenses in this matter;

17      WHEREAS, legal counsel for National Liability, DHL Express, and China Eastern
18  continue in settlement discussions regarding the possible conclusion of this matter
19  without further litigation, National Liability has provided defendants with a settlement
20  proposal, which counsel for defendants are currently reviewing and seeking instruction
21  from their respective clients on, and the parties have agreed that a further extension will
22  assist in those settlement discussions continuing; and

23      WHEREAS, counsel for the parties have agreed that good cause exists for the
24  Court to grant a fourteen day extension of time for China Eastern to respond to the
25  complaint and cross claim;

26      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for
27  National Liability, DHL Express, and China Eastern that China Eastern's time to serve
28  and file its response to the complaint and cross-claim is hereby extended until and

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1  including March 9, 2009.

2

3  DATED: February 20, 2009          CLYDE & CO US LLP

4

5                                    By: _____

6                                        KEVIN R. SUTHERLAND
                                         MICHAEL A. HESSION
7                                        NICHOLAS S. LIEBERKNECHT
                                         Attorneys for Defendant
8                                        CHINA EASTERN AIRLINES

9

10

11 DATED: February 20, 2009          GIBSON ROBB & LINDH LLP

12

13                                   By: _____

14                                       JOSHUA E. KIRSCH
                                         Attorney for Plaintiff
15                                       NATIONAL LIABILITY & FIRE
                                         INSURANCE COMPANY

16

17

18 DATED: February 20, 2009          FLYNN DELICH & WISE LLP

19

20                                   By: _____

21                                       CONTE C. CICALA
                                         Attorney for Defendant and Cross-Claimant
22                                       DHL EXPRESS (USA), Inc.,
                                         d.b.a. DHL GLOBAL FORWARDING

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND CROSS-CLAIM

3

1    IT SO ORDERED.

2    DATED:  February 23, 2009



Judge Elizabeth D. Laporte

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND CROSS-CLAIM

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105. On February 20, 2009, I served the within documents:

***STIPULATION AND ORDER EXTENDING TIME FOR CHINA EASTERN AIRLINES TO RESPOND TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMANT'S CROSS-CLAIM***

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

Joshua E. Kirsch, Esq.
Counsel for Plaintiff
Gibson Robb & Lindh, LLP
100 First Street, 27th Floor
San Francisco, CA 94105

Conte C. Cicala, Esq.
Counsel for Defendant and Cross-Claimant
Flynn Delich & Wise, LLP
One California St., Ste 350
San Francisco, CA 94111

☒ **(By electronic filing with the Clerk of the Court using the CM/ECF System)**, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

Joshua E. Kirsch, Esq.
Counsel for Plaintiff
Gibson Robb & Lindh, LLP
100 First Street, 27th Floor
San Francisco, CA 94105
e-mail: efiling@gibsonrobb.com

Conte C. Cicala, Esq.
Counsel for Defendant and Cross-Claimant
Flynn Delich & Wise, LLP
One California St., Ste 350
San Francisco, CA 94111
e-mail: contec@fdw-law.com

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2009, at San Francisco, California.

Alison M. Hall