JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorney for Plaintiff
NATIONAL LIABILITY & FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC., d.b.a. DHL GLOBAL FORWARDING, a corporation; CHINA EASTERN AIRLINES, a foreign corporation d.b.a. CHINA CARGO AIRLINES; and DOES ONE through TEN,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. 3:09-cv-00102-EDL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned lawsuit be and hereby is dismissed with prejudice pursuant to FRCP 41(a), each party to bear its own fees and costs.

Date: August 13, 2009                               Respectfully Submitted,

                                                     /S/ JOSHUA E. KIRSCH
                                                    Joshua E. Kirsch
                                                    Attorney for Plaintiff
                                                    NATIONAL LIABILITY & FIRE INSURANCE
                                                    jkirsch@gibsonrobb.com

1

2   /S/ MICHAEL A HESSION
    Attorney for Defendant
3   China Eastern Airlines
    michael.hession@clydeco.us
4

5   /S/CONTE C. CICALA
    Attorney for Defendant
6   DHL Express (USA) Inc.
    contec@fdw-law.com
7

8       Joshua E. Kirsch attests that concurrence in the filing of the document had been obtained

9   from each of the signatories identified herein.

10

11       PURSUANT TO STIPULATION, IT IS SO ORDERED

12

13

14   Dated:   August 14, 2009

15   United States District Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA